# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUL 1 2 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

18CR3044-GPC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Mark Scott Webb,

Defendant.

Case Nos. 18CR3044-GPC

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

21:841(a)(1); 21:853, 18:924(d), 28:2461(c) - Possession of Methamphetamine with Intent to Distribute; Criminal Forfeiture; 18:924(c)(1)(A)(i); 21:853, 18:924(d), 28:2461(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Criminal Forfeiture; 18:922(g)(1); 21:853, 18:924(d), 28:2461(c) - Felon in Possession of a Firearm; Criminal Forfeiture

Dated: 7/12/2019

_____

Hon. Gonzalo P. Curiel
United States District Judge